1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4  Email: Lawbw@aol.com

5  Attorney for Plaintiff
   Sandy Q. LEI

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9  Sandy Q. LEI                          )   <u>**Case No.: C06 5814 MHP**</u>
                                          )
10                                        )
                                          )
11                      Plaintiff,        )
                                          )   **NOTICE OF VOLUNTARY**
12                                        )   **DISMISSAL**
    vs.                                   )
13                                        )
    *Michael Chertoff,* Secretary of the )
14  Department of Homeland Security;      )
    *Emilio T. Gonzalez,* Director,       )
15  U.S. Citizenship and Immigration Services; )
    *Christina Poulos,* Acting Director,  )
16  California Service Center, U.S.C.I.S.;    )
    *Robert S. Mueller,*                  )
17  Director of Federal Bureau of Investigation )
                                          )
18                      Defendants.       )
                                          )
19  _____

20      NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily
    dismisses that above-captioned action without prejudice.
21

22
    Date: October 18, 2006                       10/23/2006
23

24

25                                                IT IS SO ORDERED

26

27                      Justin X. Wang            Judge Marilyn H. Patel
                        Attorney for Plaintiff
28

    Case No.:
    Plaintiff's original complaint for writ in the nature of mandamus        F:\NANCY\Mandamus\LEI, Sandy Q\dimissal.wpd